495

**ALEXANDER FILM COMPANY v. FEDERAL TRADE COMMISSION.**

No. 4212.

United States Court of Appeals
Tenth Circuit.

Oct. 25, 1951.

Thomas M. Burgess, Colorado Springs, Colo., for petitioner.

W. T. Kelley, Gen. Counsel, and James W. Cassedy, Asst. Gen. Counsel, Federal Trade Commission, Washington, D. C., for respondent.

Before PHILLIPS, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.

Petition to review dismissed on motion of petitioner.

**BIG HORN COAL COMPANY v. SHERIDAN-WYOMING COAL COMPANY, Inc.**

No. 4342.

United States Court of Appeals
Tenth Circuit.

Nov. 15, 1951.

A. W. Lonabaugh, Sheridan, Wyo., Loomis & Lazear, Cheyenne, Wyo., and W. C. Fraser and Thomas Marshall, Omaha, Neb., for appellant.

Donovan, Leisure, Newton, Lumbard & Irvine, New York City, and Ellery & McClintock, Cheyenne, Wyo., for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, appellant consenting thereto.

**COLLEGE HOMES, Inc., v. UNITED STATES of America.**

No. 4344.

United States Court of Appeals
Tenth Circuit.

Dec. 3, 1951.

John E. Marshall, Oklahoma City, Okl., for appellant.

Robert E. Shelton, U. S. Atty., Oklahoma City, Okl., for appellee.

Before BRATTON, MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

**LOUISIANA DISCOUNT CORPORATION Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 13620.

United States Court of Appeals
Fifth Circuit.

Jan. 18, 1952.

DeQuincy V. Sutton, Hattiesburg, Miss., for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., Charles Oliphant, Ch. Cnsl. Bur. Int. Rev., W. Herman Schwatka, Sp. Atty. Bur. Int. Rev., Washington, D. C., Virginia H. Adams, Carolyn R. Just, Sp. Asst. to Atty. Gen., for respondent.

Before HUTCHESON, Chief Judge, and BORAH and RIVES, Circuit Judges.

PER CURIAM.

On the authority of Poynor v. Commissioner, 81 F.2d 521, the judgment is affirmed.